IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JOSEPH D. MASSA and<br>RONDA E. MASSA,<br><br>    Debtors. | Case No. 18-17322 KHT<br>Chapter 7 |
| PROFORCE STAFFING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH D. MASSA and<br>RONDA E. MASSA,<br><br>    Defendants. | Adversary No. 18-01403 KHT |

## JUDGMENT

THIS MATTER came before the Court for trial on Plaintiff's Complaint. The issues have been determined and a decision has been rendered. In accordance with the Findings of Fact and Conclusions of Law issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that Judgment is entered against the Plaintiff and in favor of the Defendants. This adversary proceeding is DISMISSED WITH PREJUDICE.

Dated: September 28, 2020

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: _____
Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
Kimberley H. Tyson
United States Bankruptcy Judge